**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

GREGORY SALCIDO,                         )   NO. CV 14-8078-GW (AS)
                                         )
              Petitioner,                )
                                         )
         v.                              )        **JUDGMENT**
                                         )
SECRETARY, CAL. DEPT. OF                 )
CORRECTIONS, etc.,                       )
                                         )
              Respondent.                )
                                         )
                                         )
_____  )

     Pursuant to the Order Accepting Findings, Conclusions and
Recommendations of United States Magistrate Judge,

     IT IS ADJUDGED that the First Amended Petition is denied and
dismissed with prejudice.

         DATED:  July 26, 2016.


                              _____
                                   GEORGE H. WU
                              UNITED STATES DISTRICT JUDGE